# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARGENT TRUST COMPANY, JAN ROUSE, and EDWARD C. MILLER,**<br><br>**Defendants.** | Case No. 1:20-cv-01177 |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW Ryan T. Jenny of the law firm Bailey & Glasser, LLP, and hereby enters his appearance as counsel of record on behalf of Plaintiff Jackie Lysengen.

Dated: July 6, 2020

Respectfully submitted.

**BAILEY & GLASSER, LLP**

By:  */s/ Ryan T. Jenny*
Ryan T. Jenny
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
T: (202) 463.2101
F: (202) 463.2013
rtjenny@baileyglasser.com

*Attorney for Plaintiff*
*JACKIE LYSENGEN*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th of July, 2020, the foregoing was filed using the Court's CM/ECF system, which will serve notice upon all counsel of record.

　　　　　　　　　　　　　　　　　　　　_/s/ Ryan T. Jenny_