E-FILED
Tuesday, 14 July, 2020  03:04:46 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

|  |  |  |
|---|---|---|
| JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | ) ) ) ) ) ) ) | |
| *Plaintiff,* | ) ) | No. 1:20-cv-01177 |
| v. | ) ) | |
| ARGENT TRUST COMPANY, JAN ROUSE, and EDWARD C. MILLER, | ) ) ) ) | |
| *Defendants.* | ) | |

**MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Argent Trust Company, Jan Rouse, and Edward Miller ("Defendants") hereby move to dismiss the above-captioned action filed against them by Jackie Lysengen ("Plaintiff") on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan (the "ESOP"), and on behalf of all others similarly situated.  This Complaint fails to state a claim on which relief can be granted because it alleges no facts from which the Court can infer liability under ERISA and, therefore, Counts I, II, and IV should be dismissed for failure to state a claim.  Count III should likewise be dismissed because the indemnification provision that Count challenges is valid as a matter of law.  The pleading deficiencies in the Complaint fail under well-established precedent:  many of the allegations are conclusory and unsupported,

1

and the facts the Complaint does offer are either inaccurate (as the public record of this transaction makes clear) of do not lead to an inference of liability.  These pleading deficiencies are especially stark in light of the fact that another court has already evaluated this transaction and held that it was procedurally and substantively proper.

Defendants respectfully request that the Court schedule oral argument on Defendants' Motion to Dismiss in light of the complex issues involved in this dispositive motion and to ensure that the Court has all necessary information before ruling.

WHEREFORE, for the reasons stated herein and the accompanying Memorandum in Support of Motion to Dismiss, Defendants Argent Trust Company, Jan Rouse, and Edward Miller respectfully request that the Court dismiss the Complaint and for such further and other relief as this Court deems just and proper.

Dated: July 14, 2020

By: _/s/ Chelsea A. McCarthy_

Chelsea A. McCarthy
HOLLAND & KNIGHT
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 715-5768
chelsea.mccarthy@hklaw.com

*and*

John S. Elias
Janaki Nair
ELIAS, MEGINNES & SEGHETTI, P.C.
416 Main Street, Suite 1400

Respectfully submitted,

By: _/s/ Jeffrey S. Russell_

Jeffrey S. Russell
Barbara A. Smith
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:  (314) 259-2000
jsrussell@bclplaw.com
barbara.smith@bclplaw.com

*Attorneys for Argent Trust Company*

2

Peoria, Illinois 61602
Telephone:  (309) 637-6000
jelias@emrslaw.com
jnair@emrslaw.com

*Attorneys for Individual Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2020 I electronically filed

the foregoing with the clerk of the court by using the CM/ECF system, which will

send a notice of electronic filing to all counsel of record.


*/s/ Jeffrey S. Russell*

602193791.3