IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>ARGENT TRUST COMPANY,<br>JAN ROUSE, and<br>EDWARD C. MILLER<br><br>**Defendants.** | Case No. 1:20-cv-01177 |

## JOINT MOTION FOR CLARIFICATION

The Parties jointly request clarification of the Court's November 3, 2020 Order. Dkt. 31. The Court ordered Plaintiff to file a Motion for Conditional Class Certification on or before December 1, 2020 (and ordered Defendants to respond thereafter). Because Plaintiff has indicated that she will be seeking to certify a class under Rule 23 of the Federal Rules of Civil Procedure, rather than as a "collective action" under the Fair Labor Standards Act of 1938 ("FLSA"), the Parties request clarification regarding whether conditional class certification is necessary.

Conditional class certification is typically employed in claims brought pursuant to the FLSA. In the present case, Plaintiff will be seeking class certification under Rule 23 for her ERISA claims. In an effort to save judicial and party resources, the Parties respectfully request clarification on the question whether a motion for conditional class certification is necessary at this time and the Parties jointly request that the Court's order be modified to provide that no conditional class certification motion need be filed.

Dated: November 13, 2020

Respectfully submitted,

**BAILEY & GLASSER LLP**

<u>/s/ Patrick O. Muench</u>
Patrick O. Muench
333 S. Wabash Ave.
Suite 2736
Chicago, IL 60604
Telephone: (312) 995-7143
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Gregory Y. Porter
Ryan T. Jenny
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Patrick Muench*