# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO.<br>) 1:20-cv-01177-MMM-JEH |
| v. | ) |
| ARGENT TRUST COMPANY, JAN ROUSE, and EDWARD C. MILLER, GETZ FAMILY LIMITED PARTNERSHIP, ESTATE OF HENRY A. GETZ, and its beneficiaries and successors, and ESTATE OF VIRGINIA MILLER, and its beneficiaries and successors. | ) JUDGE MICHAEL M. MIHM<br>) MAGISTRATE JUDGE<br>) JONATHAN E. HAWLEY |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION
## TO STAY CLASS CERTIFICATION DEADLINES

COMES NOW Defendants Argent Trust Company, Jan Rouse, and Edward C. Miller ("Defendants"), who move to stay temporarily the current deadlines regarding Plaintiff's Motion For Class Certification and Appointment of Counsel (ECF No. 54). Defendants file this unopposed motion in response to the Court's August 19, 2021 Order (ECF No. 56) granting Plaintiff's Motion for Leave to Amend Complaint (ECF No. 44), which permitted the Plaintiff to file an Amended Complaint adding three new parties to this action: The Getz Family Limited Partnership, the Estate of Henry A. Getz, and the Estate of Virginia Miller (collectively, the "New Parties"). On August

24, 2021, undersigned counsel proposed to Plaintiff's counsel that the parties file a joint application for a temporary stay in light of the Court's prior orders and the addition of the New Parties. On August 25, Plaintiff's counsel advised that Plaintiff would not oppose this request if made as an unopposed, rather than joint, motion. In support of this unopposed motion, Defendants state as follows:

On January 5, 2021, Defendants and Plaintiff (the "Parties") submitted a Proposed Discovery Plan. ECF No. 38. The Parties jointly proposed an August 11, 2021 deadline for Plaintiff to file a motion for class certification. *Id.* Defendants proposed a class certification opposition deadline of September 13, 2021 and a reply deadline of September 27, 2021, each "to be extended up to 90 days if Plaintiff substantively amends her pleadings or adds parties." *Id.* On January 8, 2021, the Court adopted Defendants' proposed class certification deadlines, stating that "[a]bsent the Plaintiff amending pleadings or adding parties, the deadline to file opposition to motion for class certification is 9/13/2021 and the deadline to file reply is 9/27/2021." 1/8/2021 Minute Entry.

On June 4, 2021, Plaintiff filed a Motion for Leave to Amend Complaint, in which she sought leave to add the New Parties. ECF No. 44. In accordance with the scheduling order, Plaintiff then filed her class certification motion on August 11. ECF No. 54. On August 19, 2021, the Court granted Plaintiff's Motion for Leave to Amend Complaint. ECF No. 56. The Amended Complaint was filed on the record that same day (ECF No. 57), and the Court ordered Defendants to file their answers or responsive pleadings to the Amended Complaint by August 24. The Court did not

address the pending class certification deadlines. While the Estates of Henry A. Getz and Virginia Miller have agreed to waive service, Plaintiff has not yet served the Getz Family Limited Partnership or been in contact with its counsel regarding a waiver of service.

Pursuant to the Court's January 8, 2021 minute entry conditioning the class certification opposition and reply deadlines on Plaintiff not adding new parties, Defendants move to stay the current deadlines for Defendants' opposition to the motion for class certification and Plaintiff's reply until the Getz Family Limited Partnership has been served and counsel has entered an appearance on its behalf. At that time, the Parties and New Parties will agree upon an amended class certification briefing schedule and will submit their new proposed deadlines to the Court. As stated above, Plaintiff does not oppose this request.

For the foregoing reasons, Defendants request that the Court grant this Unopposed Motion to Stay Class Certification Deadlines.

Dated: August 25, 2021                Respectfully submitted,

By: /s/ Jeffrey S. Russell
    Jeffrey S. Russell
    Barbara A. Smith
    BRYAN CAVE LEIGHTON PAISNER LLP
    One Metropolitan Square
    211 North Broadway, Suite 3600
    St. Louis, MO 63102
    Telephone: (314) 259-2000
    Facsimile: (314) 259-2020
    E-Mail: jsrussell@bclplaw.com

*Attorneys for Defendant Argent Trust Co.*

        By: /s/ Chelsea Ashbrook McCarthy
           Chelsea Ashbrook McCarthy
           Tammy Eason
           HOLLAND & KNIGHT LLP
           150 N. Riverside Plaza, Ste. 2700
           Chicago, Illinois 60606
           Telephone: (312) 715-5768
           chelsea.mccarthy@hklaw.com
           tammy.eason@hklaw.com

           Lynn E. Calkins
           HOLLAND & KNIGHT LLP
           800 17th Street N.W., Ste. 1100
           Washington, DC 20006
           Telephone: (202) 457-7041
           lynn.calkins@hklaw.com

           John S. Elias
           Janaki Nair
           ELIAS, MEGINNES & SEGHETTI, P.C.
           416 Main Street, Ste. 1400
           Peoria, Illinois 61602
           Telephone: (309) 637-6000
           jelias@emrslaw.com
           jnair@emrslaw.com

           *Attorneys for Jan Rouse and Edward C. Miller*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Jeffrey S. Russell*