IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JACKIE LYSENGEN, on behalf of the
Morton Buildings, Inc. Leveraged Employee
Stock Ownership Plan, and on behalf of a
Class of all other persons similarly situated,

        Plaintiff,

    v.

ARGENT TRUST COMPANY,
JAN ROUSE, and
EDWARD C. MILLER,

        Defendants.

Case No. 1:20-cv-01177

**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Plaintiff Jackie Lysengen, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated ("Plaintiff"), and Defendant Getz Family Limited Partnership (the "FLP") jointly move the Court to set the date for the FLP to answer or otherwise plead in respect to the Amended Complaint to October 25, 2021. In support thereof, the parties state:

1.    The FLP was added as a defendant to this case on August 19, 2021 and was served with the Amended Complaint by and through its registered agent, Janet Getz, on August 30, 2021. The FLP's Answer or other pleading is therefore due no later than September 20, 2021.

2.    The other newly added Defendants, the Estate of Virginia Miller and the Estate of Henry A. Getz, were provided with waivers of service on August 24, 2021; their deadline to

respond to the Amended Complaint is, therefore, October 25, 2021. The FLP was not requested to waive service.

      3.      Unifying the response dates for all newly-added Defendants will be more convenient for the Court and parties and will save judicial resources.

      WHEREFORE, the parties respectfully request that the Court extend the deadline for the Getz Family Limited Partnership to answer or otherwise plead with respect to the Amended Complaint to October 25, 2021.

Respectfully submitted this 17th day of September, 2021.

**Counsel for Defendant Getz Family Limited Partnership**

*/s/ Patrick S. Coffey*
Patrick S. Coffey, #1002573
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Tel:   312-523-2080
Fax:  312-544-1501
patrick.coffey@huschblackwell.com

**Counsel for Plaintiff**

*/s/ Patrick O. Muench*
Patrick O. Muench
333 S. Wabash Avenue
Suite 2736
Chicago, IL 60604
Telephone: 312-995-7143
Fax: 304-342-1110
pmuench@baileyglasser.com

Gregory Y. Porter (application pending)
Ryan T. Jenny
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: 202-463-2101
Fax: 202-463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

## CERTIFICATE OF SERVICE

I certify that on September 17, 2021, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Patrick S. Coffey*