## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | |
| **Plaintiff,** | Case No. 1:20-cv-01177-MMM-JEH |
| v. | |
| ARGENT TRUST COMPANY, EDWARD C. MILLER, GETZ FAMILY LIMITED PARTNERSHIP, ESTATE OF HENRY A. GETZ, and ESTATE OF VIRGINIA MILLER | |
| **Defendants.** | |

### DECLARATION OF PATRICK MUENCH IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF CLASS CERTIFICATION AND IN OPPOSITION TO RESPONSES OF ARGENT TRUST CO. AND GETZ FAMILY LIMITED PARTNERSHIP

I, Patrick Muench, hereby attests as follows:

1. I am a member in good standing of the Bar of the State of Illinois.

2. I am a partner at the law firm of Bailey & Glasser LLP, counsel to Plaintiff Jackie Lysengen in the matter captioned above.

3. All the facts stated herein are true and correct within my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

4. I am more than 18 years of age, am capable of making this declaration, and have personal knowledge of the following.

5. I make this declaration in support of Plaintiff's Memorandum in Further Support of Class Certification and in Opposition to Responses of Argent Trust Co. and Getz Family Limited Partnership.

6. Attached as Exhibit A is a true and correct copy of excerpts from Jackie Lysengen's deposition transcript.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 7th day of January, 2022.

*/s/ Patrick O. Muench*
Patrick O. Muench

# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE CENTAL DISTRICT OF ILLINOIS
 2                         PEORIA DIVISION

 3    ----------------------------------------------------------

 4    JACKIE LYSENGEN, on behalf of the
      Morton Buildings, Inc. Leveraged
 5    Employee Stock Ownership Plan, and
      on behalf of a class of all other
 6    persons similarly situated,

 7             Plaintiff,

 8        v.                        Case No. 1:20-cv-1177-MMM-JEH

 9    ARGENT TRUST COMPANY, JAN ROUSE,
      EDWARD C. MILLER, GETZ FAMILY
10    LIMITED PARTNERSHIP, ESTATE OF
      HENRY A. GETZ, and ESTATE OF
11    VIRGINIA MILLER,

12             Defendants.

13    ----------------------------------------------------------

14

15             The Videotaped Deposition of

16    JACKIE A. LYSENGEN, taken pursuant to Notice of

17    Taking Deposition, taken before Susan M. Strom, a

18    Notary Public in and for the County of Dakota, State

19    of Minnesota, on Tuesday, the 26th day of October,

20    2021, commencing at approximately 9:32 o'clock in

21    the morning, at 121 South Eighth Street, 2nd Floor,

22    Minneapolis, Minnesota.

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1       A.    No.
 2       Q.    So when I refer to the ESOP transaction
 3  -- strike that.  What is your understanding of the
 4  ESOP transaction that has been raised in this
 5  lawsuit?
 6       A.    That they were -- that the share -- that
 7  they were overpaid and our shares were -- the value
 8  of them was -- was cut down.
 9       Q.    And what was overpaid?
10       A.    They were overpaid the shares of the
11  company, and for that reason the employees' stock
12  was reduced.
13       Q.    And who overpaid?
14       A.    The company did.
15       Q.    Now, at the time -- do you know when the
16  ESOP transaction occurred?
17       A.    I'm not exact on the year, but I recall
18  when it happened.
19       Q.    Okay.  If I represent to you that it
20  occurred in May of 2017, do you have any reason to
21  disagree with that?
22       A.    No.
23       Q.    Okay.  So at that time you were still an
24  employee of the company?
25       A.    Correct.  Yes.
```



```
 1   document RM 3 under the section that says:  What is
 2   the class action claim?  Do you see where I'm at
 3   (indicating)?
 4       A.   Yes.
 5       Q.   It describes -- it says, Argent Trust
 6   Company, and it has some additional text, it said
 7   allowed the ESOP to purchase all of the shares of
 8   Morton Buildings stock from the seller for
 9   allegedly more than fair market value.  Do you see
10   that?
11       A.   Yes.
12       Q.   Do you agree that -- with the statement
13   that Argent allowed the ESOP to purchase the shares
14   of Morton for more than fair market value?
15       A.   Yes.
16       Q.   And based on what information?
17       A.   Based on previous knowledge that we had.
18       Q.   And what previous knowledge is that?
19       A.   From the meetings that we've had.
20       Q.   And are you referring to the meeting
21   that you've described today where you were told
22   about the ESOP transaction?
23       A.   Yes.
24       Q.   And were there other meetings that you
25   are referring to in your answer?
```



```
 1        Q.   No, I'm asking what legal claims have
 2   been made in the lawsuit?  Do you know?
 3        A.   Regarding the ESOP?  I'm not --
 4        Q.   So do you have an understanding that
 5   legal claims have been made in this lawsuit?
 6        A.   Oh.  Yes.  Yes.
 7        Q.   Do you know what legal claims those are?
 8        A.   That the stocks were -- that they were
 9   overpaid and we were under -- they were
10   undervaluated.
11        Q.   Do you know what the names of the legal
12   causes of action are?
13        A.   No.
14        Q.   Okay.
15        A.   I've relied on my attorneys for that
16   information.
17             (At this time RM Exhibit 4 was marked for
18             identification by the Court Reporter.)
19   BY MS. McCARTHY:
20        Q.   So, Ms. Lysengen, the court reporter has
21   handed you a document that has been marked RM 4.
22                  MS. McCARTHY:  For those of you on
23   the phone, this is the original complaint that was
24   filed in the lawsuit on April 30, 2020.
25   BY MS. McCARTHY:
```



1      A.   (Witness reviewing document.)  Yes.
2      Q.   So I want to ask you a question, there
3  is a statement in this paragraph, it says:  The
4  ESOP transaction allowed the selling shareholders
5  -- and there is some other text -- to, quote,
6  "unload their interests in Morton above fair market
7  value."  Do you see that?
8      A.   Yes.
9      Q.   And what is the basis for this statement
10 here that the selling shareholders were able to
11 unload their interests above fair market value?
12     A.   That they were overpaid.
13     Q.   And what's your basis for saying that
14 they were overpaid?
15     A.   Because the -- they were -- they sold
16 the shares above fair market value.
17     Q.   But what's your basis for saying that
18 they were -- how do you know they were sold above
19 fair market value?
20     A.   Because we were told that at our meeting
21 that -- in as many words, that -- that we would be
22 -- it would be five years to pay -- to pay them
23 off.  So our -- our stocks were greatly reduced.
24     Q.   Okay.  The stock in your KSOP account?
25     A.   ESOP, KSOP.




```
 1        A.   I am a representative for a -- for the
 2   other defendants, which would be my co-workers,
 3   regarding getting a fair share of -- of -- I'm just
 4   so nervous.  A class action lawsuit is a
 5   representative that -- I'm representing my
 6   co-workers and -- I'm just -- I guess seeking
 7   damages for what -- trying to be compensated for
 8   what we had lost.
 9        Q.   Do you know how the class has been
10   defined in this case?
11        A.   No.
12        Q.   Strike that.  Do you know how the class
13   has been allegedly defined in this case?
14        A.   No.
15        Q.   And who do you think you are a
16   representative of?
17        A.   The Morton Building employees that were
18   vested in the ESOP.
19        Q.   Aside from the four individuals that
20   you've testified to today, do you personally know
21   anyone else that you believe is part of the class?
22        A.   No.
23        Q.   And have you spoken with any other
24   current or former Morton employees aside from the
25   four that we've talked about today --
```



```
 1   this lawsuit, did you do anything to maintain any
 2   records relating to the lawsuit?
 3        A.   Since I've been involved in it?
 4        Q.   Yes.
 5        A.   I turned over everything that I had.
 6   And, like I had stated, too, I asked my ex-husband
 7   to look in my Morton Building folder that he had,
 8   and there was just a couple of stock certificates
 9   from 1990 and '91 I think in there.
10        Q.   Okay.  Did you search your emails?
11        A.   No.  Or for what?
12        Q.   Let me rephrase the question.  Did you
13   search your emails to provide any documents to your
14   attorneys for this case?
15        A.   I wouldn't have had anything in my
16   emails as far as anything.
17        Q.   You testified earlier that you had some
18   email correspondence with others in regard to this
19   lawsuit?
20        A.   Oh.  Yes.  Yes.
21        Q.   Is that correct?
22        A.   Yes.
23        Q.   Have you searched your emails for that
24   correspondence?
25        A.   With my emails, after 90 days, they
```



1  automatically delete, even if they are in the
2  deleted folder.
3     Q.   And have you disabled that automatic
4  delete function since the lawsuit has been filed?
5     A.   I have zero tech experience.  I wouldn't
6  even know how to.  I wasn't even aware you could.
7  But I will disable it.
8          (At this time RM Exhibit 12 was marked for
9          identification by the Court Reporter.)
10 BY MS. McCARTHY:
11    Q.   So the court reporter has handed you a
12 document marked RM 12.
13              MS. McCARTHY:  For those of you
14 on the phone, this is Plaintiff's Objections and
15 Responses to Defendants Jan Rouse and Edward
16 Miller's First Set of Requests for Production from
17 March 11, 2021.
18 BY MS. McCARTHY:
19    Q.   Let me know when you've had a chance
20 to --
21    A.   I'm good.  Yes.
22    Q.   Do you recognize this document?
23    A.   Yes.
24    Q.   And what is it?
25    A.   It's my objections and responses to Jan

