## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | ) ) ) ) ) ) |
| Plaintiff, | ) ) ) ) ) ) |
| v. | ) |
| ARGENT TRUST COMPANY, JAN ROUSE, and EDWARD C. MILLER, GETZ FAMILY LIMITED PARTNERSHIP, ESTATE OF HENRY A. GETZ, and its beneficiaries and successors, and ESTATE OF VIRGINIA MILLER, and its beneficiaries and successors. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.
1:20-cv-01177-MMM-JEH

JUDGE MICHAEL M. MIHM
MAGISTRATE JUDGE
JONATHAN E. HAWLEY

## CONSENT MOTION TO PARTIALLY EXTEND THE DEADLINE FOR EXPERT DISCOVERY

Defendant Argent Trust Company ("Argent") moves, with all parties' consent, for a partial extension of the current expert discovery deadlines. The current deadline for Defendants' disclosure of their experts and expert reports is February 4, 2022. *See* ECF No. 38; 1/8/2021 Minute Entry. All parties' expert rebuttal reports are due February 25, 2022.

One of the defense expert witnesses currently has a serious family medical issue and the above deadlines are presenting a hardship for him. Argent thereby

1

moves, with all parties' consent, to extend the above deadlines for expert discovery related to this expert. The parties' agreed extension for this expert is as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of Expert and Expert's Report | February 4, 2022 | February 18, 2022 |
| Plaintiff's Rebuttal to Expert's Report | February 25, 2022 | March 11, 2022 |

Argent does not move for an amendment to any of the current deadlines for any other experts that Defendants may disclose. Nor does Argent move for an amendment to any other deadlines in the case.

Dated: January 21, 2022

Respectfully submitted,

By: /s/ *Jeffrey S. Russell*

Jeffrey S. Russell
Barbara A. Smith
Jacob B. Simon
**Bryan Cave Leighton Paisner LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
jsrussell@bclplaw.com
barbara.smith@bclplaw.com
jacob.simon@bclplaw.com

*Counsel for Defendant Argent Trust Company*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 21, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Jeffrey S. Russell*
