IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>ARGENT TRUST COMPANY, EDWARD C. MILLER, GETZ FAMILY LIMITED PARTNERSHIP, ESTATE OF HENRY A. GETZ, and ESTATE OF VIRGINIA MILLER<br><br>**Defendants.** | Case No. 1:20-cv-01177-MMM-JEH |

**PLAINTIFF'S MOTION TO REMOVE FROM THE DOCKET PLAINTIFF'S OPPOSITION TO MOTION TO QUASH AND LEAVE TO FILE A REDACTED VERSION OF PLAINTIFF'S OPPOSITION TO MOTION TO QUASH**

Pursuant to Local Civil Rule 5.10(A)(2) and the Stipulated Discovery Protective Order ("Protective Order", Dkt. 43), Plaintiff Jackie Lysengen ("Plaintiff"), on behalf of Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan ("the Plan"), respectfully submits this motion to remove from the public docket Plaintiff's Opposition to Motion to Quash Subpoena and/or for Protective Order and seeks leave to re-file a redacted version of that Motion and supporting declaration.

Plaintiff filed her Opposition to Motion to Quash Subpoena and/or for Protective Order on January 24, 2022 ("Opposition to Quash") (Dkt. 109). The Opposition to Quash referenced an e-mail produced by a third party and sought leave to file that e-mail under seal (Dkt. 107)

because it had been marked as confidential by the producing party. The Court granted the motion to file under seal on January 26, 2022. Subsequent to filing the Opposition to Quash, the producing party clawed back that e-mail and its attachments asserting they were privileged on the basis of the attorney-client privilege, work product doctrine, and confidential proprietary information.

Until a final determination is made by this Court regarding the privileged nature of the e-mail and attachments, Plaintiff respectfully requests that the Opposition to Quash (Dkt. 109) and Declaration in Support (Dkt. 109-1) be removed from the public docket and the Court allow Plaintiff to re-file the Opposition to Quash and Declaration in Support of the Opposition to Quash, redacting any reference to the e-mail and attachments that were subsequently clawed back. A copy of the proposed redacted Opposition to Quash and Declaration in Support of the Opposition to Quash are included with this motion.

Dated: February 11, 2022

Respectfully submitted,

**BAILEY & GLASSER LLP**

/s/ *Patrick O. Muench*
Patrick O. Muench
318 W. Adams St., Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Gregory Y. Porter
Ryan T. Jenny
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com

rjenny@baileyglasser.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 11, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record as follows and via e-mail upon Movant's counsel:

>Jeffrey Russell
>Barbara Anne Smith
>Bryan Cave Leighton Paisner, LLP
>One Metropolitan Square
>211 North Broadway
>Suite 3600
>St. Louis, MO 63102
>(314) 259-2000
>Email: jsrussell@bclplaw.com
>Email: barbara.smith@bclplaw.com
>   ***Counsel for Defendant Argent Trust Company***
>
>Chelsea McCarthy
>Tammy Tabush
>Holland & Knight LLP
>150 N. Riverside
>27th Floor
>Chicago, IL 60606
>(312) 263-3600
>Email: chelsea.mccarthy@hklaw.com
>Email: tammy.tabush@hklaw.com
>
>Lynn E. Calkins
>Holland & Knight, LLP
>Suite 1100
>800 17th Street NW
>Washington, DC  20006
>(202) 955-5564
>Email: lynn.calkins@hklaw.com

Janaki Hannah Nair
John Elias
Elias Meginnes Riffle & Seghetti
416 Main St.
Ste 1400
Peoria, IL 61602
(309) 637-6000
Email: jnair@emrslaw.com
Email: jelias@emrslaw.com
   *Counsel for Edward C. Miller, Estate of Henry A. Getz and Estate of Virginia Miller*

Patrick S. Coffey
Robert M. Romashko
HUSCH BLACKWELL LLP
Suite 2200
120 S Riverside Plaza
Chicago, IL 60606
(312) 655-1500
Email: patrick.coffey@huschblackwell.com
Email: robert.romashko@huschblackwell.com
   *Counsel for Getz Family Limited Partnership*

David G. Lubben
DAVIS & CAMPBELL, LLC
401 Main Street, Suite 1600
Peoria, Illinois 61602
(309) 673-1681
Fax: (309) 673-1690
dglubben@dccamplaw.com

                                    */s/ Patrick O. Muench*
                                    Patrick O. Muench