IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>ARGENT TRUST COMPANY, EDWARD C. MILLER, GETZ FAMILY LIMITED PARTNERSHIP, ESTATE OF HENRY A. GETZ, and ESTATE OF VIRGINIA MILLER<br><br>                Defendants. | Case No. 1:20-cv-01177-MMM-JEH |

## PLAINTIFF'S MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE

      Pursuant to this Court's Standing Order regarding discovery disputes, Plaintiff respectfully moves for a hearing concerning a discovery dispute that has arisen between Plaintiff and non-parties Prairie Capital Advisors, Inc. ("Prairie") regarding production of documents in response to a Fed. R. Civ. P. 45 document subpoena issued by Plaintiff to Prairie. The discovery dispute is related to the discovery dispute currently set for a hearing with this Court on February 23, 2021.

      Counsel for Plaintiff certifies that the parties have conferred as required by Fed. R. Civ. P. 37, including one telephone call addressing the dispute and several e-mail exchanges.

Dated: February 14, 2022              Respectfully submitted

                                      **BAILEY & GLASSER LLP**

                                      */s/ Patrick O. Muench*

Patrick O. Muench
318 W. Adams St., Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Gregory Y. Porter
Ryan T. Jenny
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that on February 14, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record and a copy of the foregoing document will also be sent via first class mail and e-mail to counsel for Prairie Capital Advisors, Inc. at the following address:

David G. Lubben
Davis & Campbell L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
dglubben@dcamplaw.com

                                                */s/ Patrick Muench*

## CERTIFICATION

I certify that the parties have conferred as required by Fed. R. Civ. P. 37 and this Court's Standing Order, including one telephone call addressing the dispute and several e-mail exchanges.

*/s/ Patrick O. Muench*