# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JACKIE LYSENGEN, on behalf of the Morton Buildings, Inc. Leveraged Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>    **Plaintiff,**<br><br>v.<br><br>ARGENT TRUST COMPANY, EDWARD C. MILLER, GETZ FAMILY LIMITED PARTNERSHIP, ESTATE OF HENRY A. GETZ, and ESTATE OF VIRGINIA MILLER<br><br>    **Defendants.** | Case No. 1:20-cv-01177-MMM-JEH |

### DECLARATION OF PATRICK MUENCH IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT <u>ARGENT TRUST COMPANY'S MOTION FOR SUMMARY JUDGMENT</u>

I, Patrick Muench, hereby attest as follows:

  1.  I am a member in good standing of the Bar of the State of Illinois.

  2.  I am a partner at the law firm of Bailey & Glasser LLP, counsel to Plaintiff in the matter captioned above.

  3.  All the facts stated herein are true and correct within my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

  4.  I am more than 18 years of age, am capable of making this declaration, and have personal knowledge of the following.

5. I make this declaration in support of Plaintiff's Response to Defendant Argent Trust Company's Motion for Summary Judgment.

6. Attached as Exhibit A is a true and correct copy of Chartwell Capital Solutions Valuation of Morton Buildings, Inc. common stock, report date: April 7, 2015, which was introduced in this case as Exhibit 115, and which was produced with Bates numbers EMJRCDIL_0036830-917.

7. Attached as Exhibit B is a true and correct copy of relevant excerpts from the December 14, 2021 deposition of Gregory Fresh.

8. Attached as Exhibit C is a true and correct copy of a December 9, 2015 e-mail from Anna Frenette attaching a document entitled Project Cupola – ESOP Trustee Valuation and Transaction Presentation, which was introduced in this case as Exhibit 126, and which was produced with Bates numbers PCA_0018390-442.

9. Attached as Exhibit D is a true and correct copy of a March 18, 2016 e-mail from Brian Hector to Steve Martin, Marc Hansberger, Ken Serwinski, and Gregory Cook, attaching a term sheet, and which was produced with Bates numbers PCA_0018655–56.

10. Attached as Exhibit E is a true and correct copy of a February 13, 2017 e-mail from Ted Margarit, attaching a document entitled Project Cupola – Valuation Counter Proposal, and which was produced with Bates numbers PCA_0022625–32.

11. Attached as Exhibit F is a true and correct copy of an e-mail chain ending on December 17, 2015 from Rocky Fiore, which was introduced in this case as Exhibit 25, and which was produced with Bates numbers PCA_0022284-85.

12. Attached as Exhibit G is a true and correct copy of relevant excerpts from the Nov. 1, 2021 deposition of Gregory M. Cook.

13. Attached as Exhibit H is a true and correct copy of an e-mail chain ending on November 27, 2019 from Elizabeth Nichols, and which was produced with Bates numbers Morton-Lys_00014277-81.

14. Attached as Exhibit I is a true and correct copy of a June 30, 2017 e-mail from Brian Hector attaching a committee meeting memo, which was introduced in this case as Exhibit 111, and was produced with Bates numbers PCA_0028020-40.

15. Attached as Exhibit J is a true and correct copy of relevant excerpts from the December 7, 2021 deposition of Stephen A. Martin.

16. Attached as Exhibit K is a true and correct copy of a document entitled Overview and Analysis prepared by Argent Trust Company, which was introduced in this case as Exhibit 108, and was produced with Bates numbers ARGENT_LYSENGEN_00022394-434.

17. Attached as Exhibit L is a true and correct pdf of a several tabs of a native excel spreadsheet prepared by Marc Hansberger, which was introduced in this case as Exhibit 44, and was produced with Bates number ARGENT_LYSENGEN_00009756.

18. Attached as Exhibit M is a true and correct copy of relevant excerpts from the November 10, 2021 deposition of Marc Hansberger.

19. Attached as Exhibit N is a true and correct copy of Preliminary Draft memorandum of Argent's May 4, 2017 ESOP Committee meeting, which was introduced in this case as Exhibit 110, and was produced with Bates numbers ARGENT_LYSENGEN_00022374-91.

20. Attached as Exhibit O is a true and correct copy of a February 24, 2016 e-mail from Brian Hector attaching a term sheet, which was produced with Bates numbers ARGENT_LYSENGEN_00030627–28.

21. Attached as Exhibit P is a true and correct copy of an e-mail chain ending on February 27, 2017 with an e-mail from Brian Hector, which was produced with Bates number PCA_0042059.

22. Attached as Exhibit Q is a true and correct copy of a draft Prairie Report dated April 25, 2017 with handwritten notes, which was introduced in this case as Exhibit 49, and was produced with Bates numbers ARGENT_LYSENGEN_00005895-6015.

23. Attached as Exhibit R is a true and correct copy of an August 14, 2015 e-mail from Ted Margarit attaching a document entitled Project Cupola – Updated Valuation Presentation, which was introduced in this case as Exhibit 80, and was produced with Bates numbers MBI-GETZ-00002112-2144.

24. Attached as Exhibit S is a true and correct copy of relevant excerpts from the November 17, 2021 deposition of Edward C. Miller.

25. Attached as Exhibit T is a true and correct copy of an e-mail chain ending on January 18, 2017 with an e-mail from Ted Margarit, which was introduced in this case as Exhibit 127, and was produced with Bates numbers Chartwell-Lys_0034090-92.

26. Attached as Exhibit U is a true and correct copy of an e-mail chain ending on December 17, 2015 with an e-mail from Gregory Cook, which was introduced in this case as Exhibit 26, and was produced with Bates numbers PCA_0027254-55.

27. Attached as Exhibit V is a true and correct copy of an e-mail chain ending on December 21, 2015 with an email from Gregory Cook, which was introduced in this case as Exhibit 28, and was produced with Bates numbers PCA_0032587-88.

28. Attached as Exhibit W is a true and correct copy of relevant excerpts from the trial of Getz Family L.P. v. Morton Buildings, Inc., on October 4, 2016 (morning session).

29. Attached as Exhibit X is a true and correct copy of a September 28, 2015 from Steve Martin attaching RFP responses, which was introduced in this case as Exhibit 95, and was produced with Bates numbers ARGENT_LYSENGEN_00043518-37.

30. Attached as Exhibit Y is a true and correct copy of a document entitled ESOP Transaction Report prepared by Prairie Capital Advisors, Inc., which was introduced in this case as Exhibit 30, and which was produced with Bates numbers ARGENT_LYSENGEN_00022545-673.

31. Attached as Exhibit Z is a true and correct copy of an e-mail chain ending on April 18, 2017 with an e-mail from Ariane Baczynski, which was introduced in this case as Exhibit 140, and was produced with Bates numbers ML00024373-74.

32. Attached as Exhibit AA is a true and correct copy of relevant excerpts from the December 15, 2021 deposition of Brian Hector.

33. Attached as Exhibit BB is a true and correct copy of an e-amil chain ending on April 18, 2017 with an e-mail from Ariane Baczynski, which was introduced in this case as Exhibit 146, and was produced with Bates numbers ML00024987-89.

34. Attached as Exhibit CC is a true and correct copy of Steve Martin's handwritten notes dated January 13, 2017 and January 3, 2017, which was introduced in this case as Exhibit 99, and was produced with Bates numbers ARGENT_LYSENGEN_00044547-48.

35. Attached as Exhibit DD is a true and correct copy of a document entitled 2017 Business Plan, dated January 3, 2017 with Marc Hansberger's handwritten notes, which was introduced in this case as Exhibit 51, and was produced with Bates numbers ARGENT_LYSENGEN_00000452-95.

36. Attached as Exhibit EE is a true and correct copy of relevant excerpts from the December 15, 2021 deposition of Nick Venturi.

37. Attached as Exhibit FF is a true and correct copy of a January 24, 2017 e-mail from Ted Margarit attaching a document entitled 2018 Business Plan: Review with Lenders, which was introduced in this case as Exhibit 132, and was produced with Bates numbers Morton-Lys_00007899-970.

38. Attached as Exhibit GG is a true and correct copy of a January 15, 2016 e-mail from Nick Venturi attaching a document entitled 2017 Strategic Plan: An Imperative for Growth, which was introduced in this case as Exhibit 52, and was produced with Bates numbers EMJRCDIL_0018776-803.

39. Attached as Exhibit HH is a true and correct copy of relevant excerpts from the November 16, 2021 deposition of Jan Rouse.

40. Attached as Exhibit II is a true and correct copy of a document entitled Morton Buildings 2016 Business Plan, which was introduced in this case as Exhibit 150, and was produced with Bates numbers EMJRCDIL_0000122-144.

41. Attached as Exhibit JJ is a true and correct copy of relevant excerpts from the December 17, 2021 deposition of Janet Getz.

42. Attached as Exhibit KK is a true and correct copy of a document entitled Morton Buildings 2015 Business Plan, which was introduced in this case as Exhibit 104, and was produced with Bates numbers PCA_0055990-56011.

43. Attached as Exhibit LL is a true and correct copy of a July 17, 2015 e-mail from Anna Frenette attaching a document entitled Project Cupola – Preliminary ESOP Valuation and

Transaction Analysis, which was introduced in this case as Exhibit 77, and was produced with Bates numbers MBI-GETZ-00001864-1932.

44. Attached as Exhibit MM is a true and correct copy of a Memorandum from Morgan Lewis re Argent's ESOP Committee Meeting dated May 4, 2017, which was introduced in this case as Exhibit 145, and was produced with Bates numbers ML00067754-67771.

45. Attached as Exhibit NN is a true and correct copy of typed notes from Argent's ESOP Committee meeting, which was introduced in this case as Exhibit 105 and was produced with Bates numbers ARGENT_LYSENGEN_00022719-22.

46. Attached as Exhibit OO is a true and correct copy of a June 18, 2015 e-mail from Lindsey Gullickson attaching a document entitled Project Cupola – Organizational Kick-off Meeting, which was introduced in this case as Exhibit 76, and was produced with Bates numbers EMJRCDIL_0029451-511.

47. Attached as Exhibit PP is a true and correct copy of a December 9, 204 e-mail from Joel Cohen attaching a document entitled Board of Directors Presentation Materials, which was introduced in this case as Exhibit 57, and was produced with Bates numbers EMJRCDIL_0039817-87.

48. Attached as Exhibit QQ is a true and correct copy of a January 13, 2017 e-mail from Christopher Eldridge attaching a letter from the Carlyle Group, which was introduced in this case as Exhibit 92, and was produced with a Bates number EMJRCDIL_0019132-34.

49. Attached as Exhibit RR is a true and correct copy of Minutes of the Special Meeting of the Board of Directors, Dated June 23, 2017, which was introduced in this case as Exhibit 93, and was produced with a Bates number PCA_0011918-21.

50. Attached as Exhibit SS is a true and correct copy of a letter dated January 13, 2017 from the Carlyle with handwritten notes, which was introduced in this case as Exhibit 101, and was produced with a Bates number ARGENT_LYSENGEN_00044405-07.

51. Attached as Exhibit TT is a true and correct copy of Getz FLP's Proposed Findings of Fact and Conclusions of Law in the action entitled Getz Family FLP v. Morton Buildings, Inc.

52. Attached as Exhibit UU is a true and correct copy of Getz FLP's Response to Morton Building's Proposed Findings of Fact and Applicable Law in the action entitled Getz FLP v. Morton Buildings, Inc.

53. Attached as Exhibit VV is a true and correct copy of an e-mail chain ending with an October 12, 2017 email from Matthew Gregoline, and was produced with a Bates number ML00044589.

54. Attached as Exhibit WW is a true and correct copy of an e-mail chain ending on August 27, 2015 with an e-mail from Edward Miller, which was introduced in this case as Exhibit 81, and was produced with a Bates number EMJRCDIL_0027124.

55. Attached as Exhibit XX is a true and correct copy of a letter dated January 25, 2015, which was introduced in this case as Exhibit 64, and was produced with a Bates number EMJRCDIL_0002708-09.

56. Attached as Exhibit YY is a true and correct copy of a January 6, 2015 e-mail from Edward Miller attaching a document entitled "Some thoughts about a sale," which was introduced in this case as Exhibit 73, and was produced with a Bates number EMJRCDIL_0004728-31.

57. Attached as Exhibit ZZ is a true and correct copy of an e-mail chain ending on February 3, 2015 with an e-mail from Edward Miller, which was introduced in this case as Exhibit 58, and was produced with a Bates number EMJRCDIL_0004195-98.

58. Attached as Exhibit AAA is a true and correct copy of a January 17, 2015 e-mail from Edward Miller attaching a document entitled Ownership Strategies at the Private Company, which was introduced in this case as Exhibit 38, and was produced with a Bates number MBI-GETZ-00054690-733.

59. Attached as Exhibit BBB is a true and correct copy of relevant excerpts from the November 9, 2012 deposition of Richard Shuma.

60. Attached as Exhibit CCC is a true and correct copy of an e-mail chain ending on April 9, 2015 with an e-mail from Jan Rouse, which was introduced in this case as Exhibit 59, and was produced with a Bates number of EMJRCDIL_0006866-67.

61. Attached as Exhibit DDD is a true and correct copy of Morton's Proposed Findings of Fact and Conclusions of Law from the action entitled Getz FLP v. Morton Buildings, Inc.

62. Attached as Exhibit EEE is a true and correct copy of an e-mail chain ending on February 10, 2017 with an e-mail from Ted Hector, which was introduced in this case as Exhibit 133, and was produced with a Bates number of Chartwell-Lys_0041374-76.

63. Attached as Exhibit FFF is a true and correct copy of a document entitled Chartwell Capital Solutions, Valuation of Common Stock for ESOP Purposes and dated April 10, 2014, which was introduced in this case as Exhibit 113, and was produced with a Bates number PCA_0008032-8117.

64. Attached as Exhibit GGG is a true and correct copy of a April 1, 2017 e-mail from Brittany Funk attaching a data room index, which was introduced in this case as Exhibit 103, and was produced with a Bates number Chartwell-Lys_0035802-22.

65. Attached as Exhibit HHH is a true and correct copy of a May 3, 2016 e-mail from Steve Martin attaching a report from Jenner & Block dated November 30, 2015, which was introduced in this case as Exhibit 50, and was produced with a Bates number ARGENT_LYSENGEN_00029068-29134.

66. Attached as Exhibit III is a true and correct copy of a November 19, 2014 e-mail from Lori Gleason attaching a Morton Board Report from October 2014, which was introduced in this case as Exhibit 68, and was produced with a Bates number EMJRCDIL_0006599-601.

67. Attached as Exhibit JJJ is a true and correct copy of a March 31, 2016 e-mail from Gregory Cook attaching a document entitled Morton Buildings, Inc. and Subsidiaries Valuation for ESOP Administration, which was introduced in this case as Exhibit 23, and was produced with a Bates number PCA_0040055-168.

68. Attached as Exhibit KKK is a true and correct copy of a document entitled Morton Buildings, Inc. and Subsidiaries Valuation for ESOP Administration dated March 14, 2017, which was introduced in this case as Exhibit 24, and produced with Bates number PCA_0008787.

69. Attached as Exhibit LLL is a true and correct copy of an e-mail chain ending on December 2, 2015, in which Steven Martin sends a document entitled Project Cupola – Management Presentation, which was introduced in this case as Exhibit 96, and produced with Bates numbers ARGENT_LYSENGEN_00027535-67.

70. Attached as Exhibit MMM is a true and correct copy of an April 14, 2016 e-mail from John Russell, which was introduced in this case as Exhibit 69, and was produced with Bates number EMJRCDIL_0008629.

71. Attached as Exhibit NNN is a true and correct copy of is a true and correct pdf copy of several tabs of a native excel spreadsheet prepared by Marc Hansberger, which was introduced in this case as Exhibit 43, and was produced with Bates number ARGENT_LYSENGEN_00001041.

72. Attached as Exhibit OOO is a true and correct copy of an e-mail chain ending on May 19, 2016 with an e-mail from Marc Hansberger attaching exhibits for term sheet discussion, which was produced with Bates number PCA_0035458–87.

73. Attached as Exhibit PPP is a true and correct copy of the Expert Report of Daniel Van Vleet, dated January 7, 2022, which was introduced in this case as Exhibit 177.

74. Attached as Exhibit QQQ is a true and correct copy of Minutes of the Transaction Committee of the Board of Directors attaching documents including the May 2016 term sheet, which was introduced in this case as Exhibit 86, and was produced with Bates number EMJRCDIL_0012720-34.

75. Attached as Exhibit RRR is a true and correct copy of a document entitled Morton Buildings Inc. & Subsidiaries, Term Sheet response dated May 19, 2016, with handwritten notes, which was introduced in this case as Exhibit 45, and was produced with Bates numbers ARGENT_LYSENGEN_00043571-604.

76. Attached as Exhibit SSS is a true and correct copy of a document entitled Voluntary Separation Program dated May 26, 2016, which was introduced in this case as Exhibit 131, and was produced with Bates number Chartwell-Lys_0025871-86.

77. Attached as Exhibit TTT is a true and correct copy of a January 3, 2017 e-mail from Ted Margarit attaching a document entitled 2017 Business Plan: Review with JP Morgan, Argent & Prairie Capital, which was introduced in this case Exhibit 130, and was produced with Bates number PCA_0022644-88.

78. Attached as Exhibit UUU is a true and correct copy of the Expert Rebuttal Report of Daniel Van Vleet to the Report Prepared by Andrew Richmond, dated March 18, 2022, which was introduced in this case as Exhibit 178.

79. Attached as Exhibit VVV is a true and correct copy of a January 13, 2017 e-mail from Ted Kang attaching a document entitled Project Cupola – Overview of Revised Transaction Proposal, which was introduced in this case as Exhibit 100, and was produced with Bates numbers ARGENT_LYSENGEN_00006723-78.

80. Attached as Exhibit WWW is a true and correct copy of a January 20, 2017 e-mail from Gregory Cook attaching a document entitled Morton Exhibit 1.20.17, which was introduced in this case as Exhibit 29, and was produced with Bates numbers ARGENT_LYSENGEN_00006684-6711.

81. Attached as Exhibit XXX is a true and correct copy of an e-mail chain ending on January 23, 2017 with an e-mail from Matthew Gregoline attaching a memo to file, which was introduced in this case as Exhibit 102, and was produced with Bates number ML00048094-98

82. Attached as Exhibit YYY is a true and correct copy of a document entitled Morton Buildings, Inc. ESOP Transaction Report dated April 25, 2017 with handwritten notes, which was produced with Bates number ARGENT_LYSENGEN_00000271–404.

83. Attached as Exhibit ZZZ is an e-mail chain ending with a May 8, 2017 e-mail from Ken Serwinski, which was produced with Bates number PCA_0019945-46.

84. Attached as Exhibit AAAA is a true and correct copy of an e-mail chain ending on May 4, 2017 with an email sent by Ariane Baczynski, which was introduced in this case as Exhibit 142, and was produced with Bates number ML00025759-61.

85. Attached as Exhibit BBBB is a true and correct copy of a May 5, 2017 e-mail from Maureen Cosgrove attaching a document entitled Answer to Questions submitted to Prairie Prior to the Committee Meeting, which was introduced in this case as Exhibit 106, and was produced with Bates number ARGENT_LYSENGEN_00005307-08; and a true and correct pdf copy of the attachment, which was introduced in this case as Exhibit 107, and was produced with a Bates number ARGENT_LYSENGEN_00005308.

86. Attached as Exhibit CCCC is a true and correct copy of a document labeled Valuation Summary with Marc Hansberger's handwritten notes, which was introduced in this case as Exhibit 46, and was produced with Bates number ARGENT_LYSENGEN_00000418-444.

87. Attached as Exhibit DDDD is a true and correct copy of an e-mail chain ending on February 3, 2015 in which Ed Miller attached a document entitled Net to Heirs, which was introduced in this case as Exhibit 39, and was produced with Bates number EMJRCDIL_0009874-77.

88. Attached as Exhibit EEEE is a true and correct copy of the Expert Report of Charles Goldman, dated January 7, 2022, which was introduced in this case as Exhibit 164.

89. Attached as Exhibit FFFF is a true and correct copy of a document entitled Morton Buildings, Inc. FAQs re the ESOP and Alternatives to Ownership, which was introduced in this case as Exhibit 41, and was produced with Bates number MBI-GETZ-00003851-68.

90. Attached as Exhibit GGGG is a true and correct copy of an e-mail chain ending July 10, 2015 with an e-mail from Mark Welker, which was introduced in this case as Exhibit 155, and was produced with Bates number MBI-GETZ-00000971-73.

91. Attached as Exhibit HHHH is a true and correct copy of a memorandum dated August 19, 2015 from MWE, which was introduced in this case as Exhibit 116, and was produced with Bates number EMJRCDIL_0037585-86.

92. Attached as Exhibit IIII is a true and correct copy of an e-mail chain ending October 21, 2015 with an e-mail from John Russell, which was introduced as Exhibit 85 in this case, and was produced with Bates EMJRCDIL_0037587-90.

93. Attached as Exhibit JJJJ is a true and correct copy of an e-mail chain ending on May 17, 2016 with an e-mail from William Merten, which was introduced as Exhibit 117 in this case, and was produced with Bates ARGENT_LYSENGEN_00030864-68.

94. Attached as Exhibit KKKK is a true and correct copy of an e-mail chain ending on December 17, 2015 with an e-mail from Anthony Dolan, which was introduced as Exhibit 27 in this case, and was produced with Bates number PCA_0018723-24.

95. Attached as Exhibit LLLL is a true and correct copy of Expert Rebuttal Report of Charles Goldman to the Report Prepared by Andrew Richmond, dated March 11, 2022, which was introduced in this case as Exhibit 165.

96. Attached as Exhibit MMMM is a true and correct copy of the Prairie Capital Advisors ESOP Valuation Report for Morton Buildings, Inc. and Subsidiaries, Valuation Date December 31 2020 and Issued Date April 6, 2021, which was produced with Bates number ARGENT_LYSENGEN_00043390-513.

97. Attached as Exhibit NNNN is a true and correct copy of the Purchase Agreement, dated May 8, 2017, which was introduced as Exhibit 60 in this case, and was produced with Bates number ML00008731-8837.

98. Attached as Exhibit OOOO is a true and correct copy of the Second Amended and Restated By-laws of Morton Buildings, Inc., which was introduced as Exhibit 136 in this case, and was produced with Bates number ML00026056-70.

99. Attached as Exhibit PPPP is a true and correct copy of Morton Buildings, Inc. Trust Document, which was introduced as Exhibit 137 in this case, and was produced with Bates number ML00000591-611.

100. Attached as Exhibit QQQQ is a true and correct copy of a memorandum from Morgan Lewis dated May 6, 2017, which was introduced as Exhibit 138 in this case, and was produced with Bates number ARGENT_LYSENGEN_00022436-71.

101. Attached as Exhibit RRRR is a true and correct copy of a Complaint for ERISA violations filed by the Department of Labor related to the RVNB Holdings, Inc. ESOP, which was introduced as Exhibit 48 in this case.

102. Attached as Exhibit SSSS is a true and correct copy of the 2019 Form 5500 for Strategic ESOP, which was introduced as Exhibit 109 in this case.

103. Attached as Exhibit TTTT is a true and correct copy of an October 29, 2015 e-mail from Edward Miller attaching engagement letters for Argent, Morgan Lewis and Prairie Capital, which was introduced as Exhibit 82 in this case, and was produced with Bates number EMJRCDIL_0003446-60.

104. Attached as Exhibit UUUU is a true and correct copy of an e-mail chain ending on Oct. 2, 2015 with an e-mail from Rocky Fiore, which was introduced as Exhibit 20 in this case and was produced with Bates number PCA_0024338.

105. Attached as Exhibit VVVV is a true and correct copy of an e-mail chain ending on July 25, 2017 with an e-mail from Gregory Cook, which was introduced as Exhibit 21 in this case, and was produced with Bates number PCA_0025902-03.

106. Attached as Exhibit WWWW is a true and correct copy of a document entitled Chartwell Capital Solutions – Appendix – Exclusively Prepared for Morton Buildings, Inc., which was introduced as Exhibit 114 in this case, and was produced with Bates number EMJRCDIL_0031078-128.

107. Attached as Exhibit XXXX is a true and correct copy of the Minutes of the Special Meeting of the Board of Directors dated March 10, 2016, which was introduced as Exhibit 151 in this case, and was produced with Bates number ARGENT_LYSENGEN_00003334-39.

108. Attached as Exhibit YYYY is a true and correct copy of Prairie Capital's engagement letter with the KSOP, which was introduced as Exhibit 22 in this case, and was produced with Bates number PCA_0010111-14.

109. Attached as Exhibit ZZZZ is a true and correct copy of a April 2, 2015 e-mail from Edward Miller attaching Prairie Capital's 2015 ESOP Valuation, which was introduced as Exhibit 87 in this case, and was produced with Bates number EMJRCDIL_0023447-561.

110. Attached as Exhibit AAAAA is a true and correct copy of a January 29, 2017 e-mail from Ted Kang attaching a document entitled Valuation Summary, which was introduced as Exhibit 119 in this case, and was produced with Bates number Chartwell-Lys_0039407-12.

111.    Attached as Exhibit BBBBB is a true and correct copy of a document entitled Project Cupola – Share Price Reconciliation, which was introduced as Exhibit 120 in this case, and was produced with Bates number Chartwell-Lys_0032455-57.

112.    Attached as Exhibit CCCCC is a true and correct copy of an e-mail chain ending on May 4, 2016 with an e-mail from Steve Martin, which was introduced as Exhibit 121 in this case, and was produced with Bates number ML00017412-13.

113.    Attached as Exhibit DDDDD is a true and correct copy of a March 7, 2017 e-mail attaching a document entitled Morton Buildings, Inc. and Subsidiaries Valuation for ESOP Administration, which was introduced as Exhibit 88 in this case, and was produced with Bates number EMJRCDIL_0021224-338.

114.    Attached as Exhibit EEEEE is a true and correct copy of a Morgan Lewis memorandum dated March 23, 2016, which was introduced as Exhibit 139 in this case, and was produced with Bates number ML00068142.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 8, 2023 in Chicago, Illinois.

                                        */s/ Patrick O. Muench*

                                        Patrick O. Muench